IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ALABAMA
SOUTHERN DIVISION

| | |
|---|---|
| **PATRICK DUNN,** )<br>   Plaintiff, )<br>v. )<br>**TACALA, LLC,** )<br>   Defendant. ) | **CIVIL ACTION NO.**<br><br>**2:17-cv-00738-AKK** |

## JOINT STIPULATION OF DISMISSAL WITH PREJUDICE

Plaintiff Patrick Dunn and Defendant Tacala, LLC, by and through their undersigned counsel of record, hereby jointly stipulate and agree that this action, including all counts alleged in the First Amended Complaint by Plaintiff against the Defendant, should be dismissed with prejudice, with the parties to bear their own costs, attorneys' fees, and expenses.

Respectfully submitted this the 1st day of March, 2018.

/s/ L. Landis Sexton
L. Landis Sexton
Tracy G. Birdsong
Cassie E. Taylor

Attorneys for Plaintiff

**OF COUNSEL:**
The ADA Group LLC
4001 Carmichael Road, Suite 570
Montgomery, AL 36116

31253513 v1

/s/ *H. Carlton Hilson*
K. Bryance Metheny
Amy J. Wilkes
H. Carlton Hilson
Miya A. Moore

Attorneys for Defendant
Tacala, LLC

**OF COUNSEL:**
BURR & FORMAN LLP
420 North 20th Street
Suite 3400
Birmingham, AL  35203
Telephone: (205) 251-3000
Facsimile: (205) 458-5100

31253513 v1